IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Campbell, Jeffrey W | Case Number: 08 B 00755 |
|---|---|---|
| | Campbell, Jean D | Judge: Hollis, Pamela S |
| | Printed: 7/8/08 | Filed: 1/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: June 25, 2008
Confirmed: April 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,864.00 |  |
| Secured: |  | 222.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,522.12 |
| Trustee Fee: |  | 119.88 |
| Other Funds: |  | 0.00 |
| Totals: | 1,864.00 | 1,864.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Konstantine T Sparagis | Administrative | 2,949.00 | 1,522.12 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | HFC | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Bank | Secured | 653.95 | 222.00 |
| 5. | HFC | Secured | 4,081.77 | 0.00 |
| 6. | Home Loan Services | Secured | 14,342.06 | 0.00 |
| 7. | Sallie Mae | Unsecured | 825.00 | 0.00 |
| 8. | Credit First | Unsecured | 101.28 | 0.00 |
| 9. | Sallie Mae | Unsecured | 507.75 | 0.00 |
| 10. | Sallie Mae | Unsecured | 763.87 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 108.51 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 102.47 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 1,263.79 | 0.00 |
| 14. | Biehl & Biehl | Unsecured |  | No Claim Filed |
| 15. | Bonaventure Medical | Unsecured |  | No Claim Filed |
| 16. | Dr Walther | Unsecured |  | No Claim Filed |
| 17. | Citibank | Unsecured |  | No Claim Filed |
| 18. | Harris & Harris | Unsecured |  | No Claim Filed |
| 19. | National City Bank | Unsecured |  | No Claim Filed |
| 20. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 25,699.45 | $ 1,744.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 6.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Campbell, Jeffrey W<br>Campbell, Jean D<br>Printed: 7/8/08 | Case Number: 08 B 00755<br>Judge: Hollis, Pamela S<br>Filed: 1/14/08 |

```
              6.5%              113.54
                              _____
                              $ 119.88
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

